# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GEORGE TILLMAN

NO. 2019 KW 1352

JAN 0 6 2020

---

In Re:     George Tillman, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 08-97-0149.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**   See **State v. Alexander**, 2014-0401 (La.
11/7/14), 152 So.3d 137 (*per curiam*)

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.